# Criminal Case

Case number **5:09CR-181**

Assigned : Chief Judge Joseph M. Hood
Judge Code : 4311

Assigned on 12/04/2009