UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
DEC 04 2009
AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 09CR181-JMH

UNITED STATES OF AMERICA      PLAINTIFF

V.      **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT**

**VADIM TSATSKIN**
    **aka, VICTOR TSATSKIN**      DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, Vadim Tsatskin, aka Victor Tsatskin, returnable forthwith.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: _____
Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4874
FAX (859) 233-2747
Ken.Taylor@usdoj.gov