Eastern District of Kentucky
F I L E D

APR 2 6 2010

AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**CRIMINAL ACTION NO. 05:09-CR-181-S-JMH**

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**V.**                          **MOTION OF UNITED STATES
                          FOR ISSUANCE OF ARREST WARRANT**

**VADIM TSATSKIN
    aka, VICTOR TSATSKIN**                                   **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of

the Defendant, Vadim Tsatskin, aka Victor Tsatskin, returnable forthwith.

Respectfully submitted,

EDWIN J. WALBOURN, III
UNITED STATES ATTORNEY

By: _____

Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4874
FAX (859) 233-2747
Ken.Taylor@usdoj.gov