Eastern District of Kentucky
**FILED**
DEC - 5 2011
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 09-181-KKC

UNITED STATES OF AMERICA             PLAINTIFF

V.      **ORDER DISMISSING INDICTMENT AS TO VADIM TSATSKIN**

**BRYAN COFFMAN,**
**MEGAN COFFMAN,**             DEFENDANTS
**VADIM TSATSKIN, aka VICTOR TSATSKIN and**
**GARY MILBY**

\* \* \* \* \*

Upon motion of the United States, and the Court being sufficiently advised, it is hereby **ORDERED** that the motion is sustained. Indictment No. 09-181-KKC, and any superseded indictments herein, are **HEREBY DISMISSED** as to the Defendant Vadim Tsatskin, aka Victor Tsatskin.

On this _5_ day of _December_, 2011.

_Karen Caldwell_
KAREN K. CALDWELL
DISTRICT COURT JUDGE